**No. 10-6318. Robert Leon Strickland, Jr., Petitioner v. J. Frank Baker, et al.**

562 U.S. 1042, 131 S. Ct. 626, 178 L. Ed. 2d 433, 2010 U.S. LEXIS 8953.

November 15, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 6, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-6471. Eugene Miller, Petitioner v. John Lewis Marks, Jr., Judge, Circuit Court of West Virginia, 15th Judicial Circuit, et al.**

562 U.S. 1042, 131 S. Ct. 626, 178 L. Ed. 2d 433, 2010 U.S. LEXIS 8884.

November 15, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until December 6, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-11556. Jose Tolentino, Petitioner v. New York.**

562 U.S. 1043, 131 S. Ct. 595, 178 L. Ed. 2d 433, 2010 U.S. LEXIS 8865.

November 15, 2010. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the Court of Appeals of New York granted.

Same case below, 14 N.Y.3d 382, 900 N.Y.S.2d 708, 926 N.E.2d 1212.

**No. 10-5443. Charles Andrew Fowler, Petitioner v. United States.**

562 U.S. 1043, 131 S. Ct. 596, 178 L. Ed. 2d 433, 2010 U.S. LEXIS 8814.

November 15, 2010. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted.

Same case below, 603 F.3d 883.

**No. 09-1110. Alex B. Park, Petitioner v. Wisconsin.**

562 U.S. 1043, 131 S. Ct. 594, 178 L. Ed. 2d 433, 2010 U.S. LEXIS 8967.

November 15, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 321 Wis. 2d 477, 774 N.W.2d 476.

**No. 09-1532. Charles Clayton, Petitioner v. United States.**

562 U.S. 1043, 131 S. Ct. 595, 178 L. Ed. 2d 433, 2010 U.S. LEXIS 8894.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 68 M.J. 419.

**No. 09-10905. Margaret Musleve, Petitioner v. Jeffrey Musleve.**

562 U.S. 1043, 131 S. Ct. 594, 178 L. Ed. 2d 433, 2010 U.S. LEXIS 8929.

November 15, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Stark County, denied.